UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ADEBOWALE SHEBA,

              Petitioner,

      v.

CHARLES GREEN,

              Respondent.

Civil Action No. 17-676 (JMV)

**OPINION**

APPEARANCES:

ADEBOWALE SHEBA
Essex County Correctional Facility
354 Doremus Ave.
Newark, NJ 07105
    Petitioner, *pro se*

MARK CHRISTOPHER ORLOWSKI
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07101
    On behalf of Respondent

**VAZQUEZ**, United States District Judge

    On January 31, 2017, Petitioner Adebowale Sheba filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), challenging his prolonged detention since August 15, 2016, by U.S. Immigration and Customs Enforcement ("ICE"). (ECF No. 1 at 2.) This Court ordered Respondent to answer the petition. (ECF No. 2.) Respondent submitted a Release Notification dated May 8, 2017, showing that ICE approved Petitioner's release from custody pending removal. (ECF No. 6-1.) A search of ICE's detainee locator database indicates that

Petitioner is no longer in custody.[1]  Respondent contends the habeas petition is moot. (*Id.*)

A habeas petition "generally becomes moot when [a petitioner] is released from custody" because there is no longer "an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Vasquez v. Aviles*, 639 F. App'x 898, 902 (3d Cir. 2016) (quoting *DeFoy v. McCullough*, 393 F.3d 439, 442 (3d Cir. 2005)).  The present petition no longer presents a case or controversy under Article III, § 2 of the United States Constitution because Petitioner is no longer detained by ICE.  *See id.* (finding petition moot where there were no collateral consequences that could be addressed by success on the petition after removal) (citing *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007)).  Therefore, the petition is dismissed as moot.

An appropriate Order follows.

Date: May 10, 2017
At Newark, New Jersey

                                              s/ John Michael Vazquez
                                              JOHN MICHAEL VAZQUEZ
                                              United States District Judge

---

[1] U.S. Immigration and Customs Enforcement Online Detainee Locator, available at https://locator.ice.gov/odls/searchByAlienNumber.do